## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Camden, NJ

ROBERT GILLIAM

                    Plaintiff,

v.                                           Case No.: 1:25−cv−02112−ESK

                                           Judge Edward S. Kiel

XFINITY, et al.

                    Defendant.

**Dear DEBRA NICOLE GUNTNER:**

Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                           Very truly yours,

                                           CLERK OF COURT

                                           By Deputy Clerk, sms2